IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

      Plaintiff,                    No. CIV S-10-2323 EFB P

   vs.

ZAMORA,

      Defendant.             <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

     Plaintiff alleges a violation of his civil rights in Corcoran, California. Corcoran is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

     Accordingly, it is hereby orderd that:

     1. This action is transferred to the Fresno Division.

     2. The Clerk of Court shall assign a new case number.

////

////

////

1    3. All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: September 9, 2010.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE